# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| KYNTREL TREVYONE JACKSON, | CASE NO. C20-5017 BHS-JRC |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| STEPHEN SINCLAIR, et al. | |
| Defendants. | |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 47. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) Plaintiff's Motion for Preliminary Injunction and Appointment of Counsel, Dkt. 41, is **DENIED**.

Dated this 4th day of January, 2021.

BENJAMIN H. SETTLE
United States District Judge

ORDER